UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH HENSLER, in his individual and representative capacity as Trustee--The Hensler Family Trust;<br>GAYLE HENSLER, in her individual and representative capacity as Trustee--The Hensler Family Trust;<br>WILLIAM LAWTON; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02832-JAM-EFB<br><br>**ORDER** |

**<u>ORDER</u>**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 1/22/2016　　　/s/ John A. Mendez
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE